

NUMBER 13-18-00128-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

RUTH VILLARREAL, INDIVIDUALLY AND
RUTH VILLARREAL INSURANCE, LLC,                    Appellants,

v.

ALBERT TREVINO, INDIVIDUALLY AND
D/B/A BOB TREVINO INSURANCE AGENCY,                    Appellee.

## On Appellants' Unopposed Motion to Withdraw Appeal

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Longoria
Order Per Curiam**

We handed down our memorandum opinion and judgment in this case on July 25, 2019. Appellants have filed an "Unopposed Motion to Withdraw Appeal" in which they state that appellee's counsel does not oppose the motion and that "the parties have agreed that each side shall bears its own costs and fees for the appeal."

Having fully considered appellants' motion and the documents on file, we conclude that the motion should be granted. Accordingly, we DISMISS the appeal pursuant to appellants' request. *See* TEX. R. APP. P. 42.1(a)(1). We WITHDRAW our judgment dated July 25, 2019, and replace it with the accompanying judgment; however, we do not withdraw our memorandum opinion dated July 25, 2019. *See* TEX. R. APP. P. 42.1(c). Pursuant to the parties' agreement, costs will be borne by the party incurring same. *See* TEX. R. APP. P. 42.1(d).

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the 11th
day of September, 2019.